**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH J. SILVER and | : | CIVIL ACTION |
| JOSHUA VAUGHN | : | |
| | : | |
| v. | : | |
| | : | NO. 10-2326 |
| LA FITNESS INTERNATIONAL, LLC | : | |

**ORDER**

AND NOW, this   12ᵗʰ   day of September, 2011, it is hereby ORDERED as follows:

1.      The case caption is AMENDED, as above, to the two Plaintiffs remaining.

2.      Plaintiffs shall have thirty (30) days from the date of this Order to file a

consolidated class action complaint consistent with the foregoing Memorandum.


BY THE COURT:

s/Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2326 Boeynaems v. LA Fitness\Boeynaems Order MTD.wpd